1042

No. 98–631. WEEKS v. OKLAHOMA BAR ASSN. Sup. Ct. Okla. Certiorari denied. 

No. 98–638. GOWAN v. DEPARTMENT OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied. ██

No. 98–658. MAYEUX v. UNITED STATES ARMY CORPS OF ENGINEERS. C. A. 5th Cir. Certiorari denied. 

No. 98–663. STURGIS v. EMPLOYERS INSURANCE OF WAUSAU ET AL. C. A. 9th Cir. Certiorari denied. 

No. 98–683. COGHILL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–711. RODRIGUE ET AL. v. MADDEN ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 98–729. RANDALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–750. HUSICK v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–5297. BENNETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5762. WOOD v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 98–5845. HILL v. NEVADA. Sup. Ct. Nev. Certiorari denied. 

No. 98–5905. HARRIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 98–5963. BELTRAN TORRES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 98–5976. HARMON v. MATARAZZO. C. A. 2d Cir. Certiorari denied. 

No. 98–6125. PEEVY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.